3

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

SEP 16 1998

Michael N. Milby, Clerk of Court

Salazar-Gonzalez §
§
versus §
§ CIVIL ACTION B-98-127
E M Trominski, INS §
§
§

## Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge _____Black_____ for a report and recommendation.

Signed _____September 16_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

orefcs.
MAG flag

[copy: Judge Black]

3

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 16 1998
Michael N. Milby, Clerk of Court

Aguilar-Vasquez §
§
versus §       CIVIL ACTION B-98-130
§
EM Trominski, INS §
§

United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge _____Black_____ for a report and recommendation.

Signed _____Sep. 16_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

orefcs.
MAG flag

[Copy: Judge Black]